# EXHIBIT B



Direct Dial (864) 622-7823
skellner@harbinlaw.com

September 10, 2015

VIA HAND DELIVERY
Magnolia Manor – Greenwood
1415 Parkway
Greenwood, SC 29646

RE:   Vickie McFarland, individually and as Personal Representative of the Estate of
      Mamie Harvley vs. Magnolia Manor – Greenwood, et al
      CA No: 2015-CP-24-00905; 2015-CP-24-00904

Dear Sir or Madam:

Please find enclosed a copy of the Survival Action and Wrongful Death Civil Action Coversheets, Summonses and Complaints which have been filed in the above referenced matters served upon Magnolia Manor – Greenwood.

Should you have any questions, please feel free to contact me.

Very truly yours,

Harbin & Burnett L.L.P.

Sarah Kellner
Paralegal to Jennifer Burnett

Enclosure(s)



**NATIONAL CORPORATE RESEARCH, LTD.**
The Right Response at the Right Time, Every Time.

Dover, DE • Los Angeles • Sacramento • Springfield, IL • Albany • New York

615 South DuPont Highway, Dover, Delaware 19901
(302) 734-1450  Toll Free (866) 621-3524
Fax (800) 253-5177  Email: sop@nationalcorp.com

# Notice of Service of Process

SP375814
Page 1 of 1

| | |
|---|---|
| **DATE:** | September 15, 2015 |
| **TO:** | Melissa Warlow<br>Fundamental Administrative Services, LLC<br>920 Ridgebrook Rd<br>Sparks Glencoe, MD 21152 |
| **RE:** | **SERVICE OF PROCESS:**<br>**THI OF SOUTH CAROLINA AT GREENWOOD, LLC** |

**SENT VIA:**
☑ Email
☑ Federal Express
☐ Fascimile Transmission
☐ Other:
Tracking Number:
  7774500814600

---

The enclosed Service of Process was received by the statutory agent in: **South Carolina**
on the date of: **September 14, 2015**
received via: **Certified Mail**

| | |
|---|---|
| TITLE OF ACTION: | Vickie McFarland, et al. vs. Magnolia Manor- Greenwood, et al.<br>Including: THI OF SOUTH CAROLINA AT GREENWOOD, LLC |
| COURT AND CASE NO: | In the Court of Common Pleas for Greenwood County, South Carolina<br><br>Case No.   2015 CP 24 00905<br>Summons and Complaint, et al. |
| RESPONSE REQUIRED BY: | see documents |
| NOTE: | Served as Magnolia Manor- of Greenwood a/k/a THI of South Carolina at Greenwood, LLC |

Sincerely,

*Andrew A. Lundgren*

Andrew Lundgren, Manager - Registered Agent Services

---

Please carefully review the document referenced above to confirm all information, including the Response Date, for accuracy. The information noted above is provided based on our review and is not a legal opinion.
**PLEASE CONSULT THE SERVICES OF A COMPETENT PROFESSIONAL ATTORNEY.**



Direct Dial (864) 622-7823
skellner@harbinlaw.com

September 10, 2015

VIA CERTIFIED MAIL, RETURN RECEIPT
National Corporate Research, Ltd.
as Registered Agent for Magnolia Manor of Greenwood a/k/a
THI of South Carolina at Greenwood, LLC
2 Office Park Court
Suite 103
Columbia, SC 29223

RE:  Vickie McFarland, individually and as Personal Representative of the Estate of Mamie Harvley vs. Magnolia Manor – Greenwood, et al
CA No:  2015-CP-24-00905; 2015-CP-24-00904

Dear Registered Agent for Magnolia Manor of Greenwood a/k/a THI of South Carolina at Greenwood, LLC:

Please find enclosed a copy of the Survival Action and Wrongful Death Civil Action Coversheets, Summonses and Complaints which have been filed in the above referenced matters served upon you as the Registered Agent for Magnolia Manor of Greenwood a/k/a THI of South Carolina at Greenwood, LLC.

Should you have any questions, please feel free to contact me.

Very truly yours,

Harbin & Burnett L.L.P.

Sarah Kellner
Paralegal to Jennifer Burnett

Enclosure(s)

2124 Hwy 81 North • Anderson, South Carolina 29621 • Post Office Box 35 • Anderson, South Carolina 29622
P 864-964-0333 | F 864-964-0930
www.harbinlaw.com



**NATIONAL CORPORATE RESEARCH, LTD.**
The Right Response at the Right Time, Every Time.

# Notice of Service of Process

SP375815
Page 1 of 1

Dover, DE • Los Angeles • Sacramento • Springfield, IL • Albany • New York

615 South DuPont Highway, Dover, Delaware 19901
(302) 734-1450  Toll Free (866) 621-3524
Fax (800) 253-5177  Email: sop@nationalcorp.com

**DATE:** September 15, 2015

**TO:** Melissa Warlow
Fundamental Administrative Services, LLC
920 Ridgebrook Rd
Sparks Glencoe, MD 21152

**SENT VIA:**
☑ Email
☑ Federal Express
☐ Fascimile Transmission
☐ Other:
Tracking Number:
774500814600

**RE:** SERVICE OF PROCESS:
**THI OF SOUTH CAROLINA, LLC**

---

The enclosed Service of Process was received by the statutory agent in: **South Carolina**
on the date of: **September 14, 2015**
received via: **Certified Mail**

**TITLE OF ACTION:** Vickie McFarland, et al. vs. Magnolia Manor- Greenwood, et al.
Including: THI OF SOUTH CAROLINA, LLC

**COURT AND CASE NO:** In the Court of Common Pleas for Greenwood County, South Carolina

Case No.   2015 CP 24 00905
Summons and Complaint, et al.

**RESPONSE REQUIRED BY:** see documents

**NOTE:**

Sincerely,

*Andrew A. Lundgren*

Andrew Lundgren, Manager - Registered Agent Services

---

Please carefully review the document referenced above to confirm all information, including the Response Date, for accuracy. The information noted above is provided based on our review and is not a legal opinion.
**PLEASE CONSULT THE SERVICES OF A COMPETENT PROFESSIONAL ATTORNEY.**



Direct Dial (864) 622-7823
skellner@harbinlaw.com

September 10, 2015

VIA CERTIFIED MAIL, RETURN RECEIPT
National Corporate Research, Ltd.
as Registered Agent for THI of South Carolina, LLC
2 Office Park Court
Suite 130
Columbia, SC 29223

RE: Vickie McFarland, individually and as Personal Representative of the Estate of Mamie Harvley vs. Magnolia Manor – Greenwood, et al
CA No: 2015-CP-24-00905; 2015-CP-24-00904

Dear Registered Agent for THI of South Carolina, LLC:

Please find enclosed a copy of the Survival Action and Wrongful Death Civil Action Coversheets, Summonses and Complaints which have been filed in the above referenced matters served upon you as the Registered Agent for THI of South Carolina, LLC.

Should you have any questions, please feel free to contact me.

Very truly yours,

Harbin & Burnett L.L.P.

Sarah Kellner
Paralegal to Jennifer Burnett

Enclosure(s)



**NATIONAL CORPORATE RESEARCH, LTD.**
The Right Response at the Right Time, Every Time.

Dover, DE • Los Angeles • Sacramento • Springfield, IL • Albany • New York

615 South DuPont Highway, Dover, Delaware 19901
(302) 734-1450  Toll Free (866) 621-3524
Fax (800) 253-5177  Email: sop@nationalcorp.com

# Notice of Service of Process

SP375813
Page 1 of 1

| | |
|---|---|
| **DATE:** | September 15, 2015 |
| **TO:** | Melissa Warlow<br>Fundamental Administrative Services, LLC<br>920 Ridgebrook Rd<br>Sparks Glencoe, MD 21152 |
| **RE:** | SERVICE OF PROCESS:<br>**FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC** |

**SENT VIA:**
☑ Email
☑ Federal Express
☐ Fascimile Transmission
☐ Other:
Tracking Number:
  7774500814600

---

The enclosed Service of Process was received by the statutory agent in: **South Carolina**
on the date of: **September 14, 2015**
received via: **Certified Mail**

| | |
|---|---|
| TITLE OF ACTION: | Vickie McFarland, et al. vs. Magnolia Manor- Greenwood, et al.<br>Including: FUNDAMENTAL CLINICAL AND OPERATIONAL SERVICES, LLC |
| COURT AND CASE NO: | In the Court of Common Pleas for Greenwood County, South Carolina<br><br>Case No. 2015-CP-24-00905<br>Summons and Complaint, et al. |
| RESPONSE REQUIRED BY: | see documents |
| NOTE: | |

Sincerely,

*Andrew A. Lundgren* (signature)

Andrew Lundgren, Manager - Registered Agent Services

---

Please carefully review the document referenced above to confirm all information, including the Response Date, for accuracy. The information noted above is provided based on our review and is not a legal opinion.
**PLEASE CONSULT THE SERVICES OF A COMPETENT PROFESSIONAL ATTORNEY.**

# HARBIN
## — BURNETT —

Direct Dial (864) 622-7823
skellner@harbinlaw.com

September 10, 2015

<u>VIA CERTIFIED MAIL, RETURN RECEIPT</u>
National Corporate Research, Ltd.
as Registered Agent for Fundamental Clinical
and Operational Services, LLC
2 Office Park Court
Suite 103
Columbia, SC 29223

RE: Vickie McFarland, individually and as Personal Representative of the Estate of Mamie Harvley vs. Magnolia Manor – Greenwood, et al
CA No: 2015-CP-24-00905; 2015-CP-24-00904

Dear Registered Agent for Fundamental Clinical and Operational Services, LLC:

Please find enclosed a copy of the Survival Action and Wrongful Death Civil Action Coversheets, Summonses and Complaints which have been filed in the above referenced matters served upon you as the Registered Agent for Fundamental Clinical and Operational Services, LLC.

Should you have any questions, please feel free to contact me.

Very truly yours,

Harbin & Burnett L.L.P.

Sarah Kellner
Paralegal to Jennifer Burnett

Enclosure(s)

2124 Hwy 81 North • Anderson, South Carolina 29621 • Post Office Box 35 • Anderson, South Carolina 29622
P 864-964-0333 | F 864-964-0930
www.harbinlaw.com



**NATIONAL CORPORATE RESEARCH,** LTD.
The Right Response at the Right Time, Every Time.

# Notice of Service of Process

SP376085
Page 1 of 1

Dover, DE • Los Angeles • Sacramento • Springfield, IL • Albany • New York

615 South DuPont Highway, Dover, Delaware 19901
(302) 734-1450  Toll Free (866) 621-3524
Fax (800) 253-5177  Email: sop@nationalcorp.com

| | | | |
|---|---|---|---|
| **DATE:** | September 21, 2015 | **SENT VIA:** | |
| **TO:** | Melissa Warlow<br>Fundamental Administrative Services, LLC<br>920 Ridgebrook Rd<br>Sparks Glencoe, MD 21152 | ☑ Email<br>☑ Federal Express<br>☐ Fascimile Transmission<br>☐ Other:<br>Tracking Number:<br>774559228472 | |
| **RE:** | SERVICE OF PROCESS:<br>**THI OF BALTIMORE, INC.** | | |

The enclosed Service of Process was received by the statutory agent in: **Delaware**
on the date of: **September 21, 2015**
received via: **Certified Mail**

**TITLE OF ACTION:**  Vickie McFarland, et al. vs. Magnolia Manor - Greenwood, et al. including THI OF BALTIMORE, INC.

**COURT AND CASE NO:**  Court of Common Pleas, Greenwood County, South Carolina

Case No.  2015-CP-24-00904 & 2015-CP-24-00905
Summonses and Complaints

**RESPONSE REQUIRED BY:**  see documents
**NOTE:**

Sincerely,

*[signature]*

Andrew Lundgren, Manager - Registered Agent Services

Please carefully review the document referenced above to confirm all information, including the Response Date, for accuracy. The information noted above is provided based on our review and is not a legal opinion.
**PLEASE CONSULT THE SERVICES OF A COMPETENT PROFESSIONAL ATTORNEY.**



# HARBIN
## — BURNETT —

Direct Dial (864) 622-7823
skellner@harbinlaw.com

September 16, 2015

<u>VIA CERTIFIED MAIL, RETURN RECEIPT</u>
National Corporate Research, LTD
as Registered Agent for THI of Baltimore, Inc.
615 S. Dupont Highway
Dover, DE 19901

RE:   Vickie McFarland, individually and as Personal Representative of the Estate of Mamie Harvley vs. Magnolia Manor – Greenwood, et al
CA No:  2015-CP-24-00905; 2015-CP-24-00904

Dear Registered Agent for THI of Baltimore, Inc.:

Please find enclosed a copy of the Survival Action and Wrongful Death Coversheets, Summonses and Complaints which have been filed in the above referenced matters served upon you as the Registered Agent for THI of Baltimore, Inc.

Should you have any questions, please feel free to contact me.

Very truly yours,

Harbin & Burnett L.L.P.

*Sarah K Kellner*

Sarah Kellner
Paralegal to Jennifer Burnett

Enclosure(s)

2124 Hwy 81 North • Anderson, South Carolina 29621 • Post Office Box 35 • Anderson, South Carolina 29622
P 864-964-0333 | F 864-964-0930
www.harbinlaw.com